# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JEREMY GREY,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 2:22-cv-02146 * |
| **NORTH GERMANTOWN PARKWAY 610 CENTER, LLC,** a limited liability company, | * * * * |
| DEFENDANT. | |

## NOTICE OF SETTLEMENT

Plaintiff, JEREMY GREY, and Defendant, NORTH GERMANTOWN PARKWAY 610 CENTER, LLC, hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice.

Dated: October 25, 2022

*/s/Rebecca J. Hutto*
Rebecca J. Hutto  #39252
*Attorney for Plaintiff*
208 Adams Avenue
Memphis, TN 38103
(901) 523-1844
Email: rebecca@wcwslaw.com

*/s/John J. Heflin*
John J. Heflin #6142
*/s/Jack F. Heflin*

Jack F. Heflin #34279
*Attorneys for Defendant*
Evans Petree Bourland Heflin, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, Tennessee 38120
(901) 525-6781
Email:   Jheflin@evanspetree.com
Jackheflin@evanspetree.com