IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-02146-TLP-atc ) |
| NORTH GERMANTOWN PARKWAY 610 CENTER, LLC, a limited liability company, | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on March 8, 2022.  (ECF No. 1.)  In accordance with the Stipulation of Dismissal (ECF No. 34), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own attorney's fees and expenses.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 14, 2022
Date